UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TIMOTHY WINEGARDEN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) No. 1:25-cv-00045-TWP-TAB |
| FRANK BISIGNANO Commissioner of The Social Security Administration, | ) ) ) ) |
| Defendant. | ) ) |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Magistrate Judge submitted his Report and Recommendation on Plaintiff's Complaint for Judicial Review. The parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections; none were filed. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation.

**IT IS SO ORDERED.**

Date:   12/3/2025

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Katie E. Brinkmeyer
KBAR Legal Services LLP
katie@KBARLegal.com

Taehee Hwang
Social Security Administration
taehee.hwang@ssa.gov

Lindsay Norris
Social Security Administration
lindsay.norris@ssa.gov

Annette Lee Rutkowski
LAW OFFICE OF ANNETTE RUTKOWSKI LLC
Annetter@AnnetteAtty.com

Shelese M. Woods
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
shelese.woods@usdoj.gov